# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER NEALEY;** )<br>**BRIANNA WILSON NEALEY,** )<br>          )<br>     **PLAINTIFF,** )<br>          )<br>v.        )<br>          )<br>**EXETER FINANCE, LLC.; DEL** )<br>**MAR RECOVERY SOLUTIONS,** )<br>**INC.,** )<br>          )<br>     **DEFENDANTS.** ) | **2:19-cv-01419-JHE**<br>**UNOPPOSED** |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COME NOW** the Plaintiffs and move the Court for Leave to Amend the Complaint previously filed, and as grounds for said Motion, states as follows:

1. Plaintiffs filed the original Complaint in the above styled matter on August 29, 2019 .

2. Plaintiff seeks  to add an additional Defendant **Twenty 4 Seven Recovery, Inc.**

3. The Amendment of the Complaint does not change or alter the facts of the case.

4. The Amendment of the Complaint does not change or alter the discovery deadlines set by the court for this case.

5. The Amendment of the Complaint will in no way change the scheduling order for this case.

6. The Amendment of the Complaint shall in no way prejudice the Defendants in this case and will be in the interest of justice.

7. Attached hereto and marked as Exhibit A is a copy of the proposed First Amendment to the Complaint.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request this Court to enter an order granting Plaintiffs Motion for Leave to Amend and for such other and further relief as this Court deems necessary and proper.

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**

**Cochrun & Seals, LLC**
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21 October 2019, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following: :

John W. Johnson, II
**CHRISTIAN & SMALL, LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone:  (205) 795-6588
Facsimile:   (205) 328-7234
jwjohnson@csattorneys.com


and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**TWENTY-FOUR 7 RECOVERY, INC.**
C/O Reg. Agt. Nick Keeton
P.O. Box 2010
Carbon Hill, AL 35549

                                                      /s/W. Whitney Seals
                                                      OF COUNSEL