# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CHRISTOPHER NEALEY; BRIANNA WILSON NEALEY,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **EXETER FINANCE, LLC; DEL MAR RECOVERY SOLUTIONS, LLC, TWENTY-FOUR 7 RECOVERY, INC.,** ) <br> ) <br> Defendants. ) | **Summons** <br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br> **CIVIL ACTION CASE NUMBER:** <br> 2:19-cv-01419-JHE |

### Summons in a Civil Action

To: (*Defendant's name and address*)

**TWENTY-FOUR 7 RECOVERY, INC.**
C/O Reg. Agt. Nick Keeton
P.O. Box 2010
Carbon Hill, AL 35549

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Whitney Seals, Esq.
**Cochrun & Seals, LLC**
P.O. Box 10448
Birmingham, AL 35202
(205) 323-3900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/1/19

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203