**FILED**
2019 Nov-06 AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| SHARON HARRIS, CLERK<br>HUGO BLACK US COURTHOUSE<br>1729 5TH AVE NORTH<br>BIRMINGHAM AL 35203 | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Nikki Keeton<br>C. Date of Delivery: NOV - 4 2019 |
| 1. Article Addressed to:<br><br>TWENTY-FOUR 7 RECOVERY, INC.<br>C/O REG. AGT. NICK KEETON<br>P.O. BOX 2010<br>CARBON HILL AL 35549 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>2019 NOV -6 A 10: 17<br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA |
| [barcode]<br>9390 9169 1254 1604 0010 30<br>2. Article Number (Transfer from service label)<br>9214 7169 1254 1604 0010 36 | 3. Service Type  ☒ Certified Mail®  ☐ Certified Mail®<br>Restricted Delivery |
| PS Form 3811 Facsimile, July 2015 | Domestic Return Receipt |